# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00795-CV

**Peter Giorgiutti, Appellant**

**v.**

**Valeria Pozhitkova, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-22-004156, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Peter Giorguitti's brief was originally due on February 9, 2024. On March 4, 2024, this Court sent a notice to Giorguitti informing him that his brief was overdue and that a failure to file a satisfactory response by March 14, 2024, would result in the dismissal of this appeal for want of prosecution. To date, Giorguitti has not filed a brief or a motion for extension of time. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Prosecution

Filed: June 4, 2024